# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASSAN ELANANY,** | : | **CIVIL NO. 1:16-CV-1989** |
| Petitioner | : | **(Chief Judge Conner)** |
| v. | : | |
| **CRAIG A. LOWE,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 12th day of March, 2018, upon consideration of petitioner's motion (Doc. 17) to reopen and enforce, and in accordance with the memorandum issued this date, it is hereby ORDERED that the motion (Doc. 17) is DISMISSED as moot.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania